**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEBRA A. MARTIN**                                                                    **PLAINTIFF**

**v.**                                        **Case No. 5:17-cv-00109-KGB**

**GEORGE ERVIN "SONNY" PERDUE, III,**
**in His Official Capacity as SECRETARY OF**
**THE DEPARTMENT OF AGRICULTURE**                                  **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Debra A. Martin's complaint is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 19th day of March, 2020.

_____
Kristine G. Baker
United States District Judge